## HOUSING AUTHORITY OF CITY OF INDEPENDENCE, Missouri, Respondent,

v.

## Wayne MORSE, Appellant.

### No. WD 34365.

Missouri Court of Appeals,
Western District.

Nov. 29, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 31, 1984.

Wayne Morse, pro se.

Steven W. White, Desselle, White, Allinder Independence, & Grate, for respondent.

Before SOMERVILLE, P.J., and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from judgment for plaintiff in unlawful detainer action. Section 534.030, RSMo 1978.

Affirmed. Rule 84.16(b).

■

## Ivie JOHNSON, Appellant,

v.

## FORD MOTOR COMPANY, Respondent.

### No. WD 34554.

Missouri Court of Appeals,
Western District.

Nov. 29, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 31, 1984.

Elwyn L. Cady, Jr., Independence, for appellant.

Harlan D. Burkhead & Thomas S. Stewart of Lathrop, Koontz, Righter, Clagett & Norquist, Kansas City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from a judgment of the circuit court affirming the decision of the Labor and Industrial Relations Commission of Missouri which denied worker compensation benefits to appellant.

The judgment is affirmed. Rule 84.16(b).